Exhibit A

*Felix Sardisca Checks*

**DIRECT IMPORT HOME DECOR, INC.**     4979 WEST 130TH STREET, CLEVELAND, OH 44135

Employee Name: FELIXP SARDISCO    Id No. 167
For Period: 02/06/12 to 02/19/12    Date: 02/19/12    Check No. 6409

| Type | Rate | Hours | Current | Year to Date | Deductions | Current | Year to Date |
|---|---|---|---|---|---|---|---|
| Regular Pay | | | 591.13 | 591.13 | Federal W/H | 37.60 | 37.60 |
| | | | | | Social Security | 24.83 | 24.83 |
| | | | | | Medicare | 8.57 | 8.57 |
| | | | | | State W/H | 8.31 | 8.31 |
| | | | | | Local W/H | 11.82 | 11.82 |
| Totals | | | 591.13 | 591.13 | Totals | 91.13 | 91.13 |
| | | | | | Net | 500.00 | 500.00 |

Social Security XXX-XX-9183

---

**DIRECT IMPORT HOME DECOR, INC.**     4979 WEST 130TH STREET, CLEVELAND, OH 44135

Employee Name: FELIXP SARDISCO    Id No. 167
For Period: 02/20/12 to 03/04/12    Date: 03/04/12    Check No. 6430

| Type | Rate | Hours | Current | Year to Date | Deductions | Current | Year to Date |
|---|---|---|---|---|---|---|---|
| Regular Pay | | | 591.13 | 1182.26 | Federal W/H | 37.60 | 75.20 |
| | | | | | Social Security | 24.83 | 49.66 |
| | | | | | Medicare | 8.57 | 17.14 |
| | | | | | State W/H | 8.31 | 16.62 |
| | | | | | Local W/H | 11.82 | 23.64 |
| Totals | | | 591.13 | 1182.26 | Totals | 91.13 | 182.26 |
| | | | | | Net | 500.00 | 1000.00 |

Social Security XXX-XX-9183

---

**DIRECT IMPORT HOME DECOR, INC.**     4979 WEST 130TH STREET, CLEVELAND, OH 44135

Employee Name: FELIXP SARDISCO    Id No. 167
For Period: 03/05/12 to 03/18/12    Date: 03/18/12    Check No. 6451

| Type | Rate | Hours | Current | Year to Date | Deductions | Current | Year to Date |
|---|---|---|---|---|---|---|---|
| Regular Pay | | | 591.13 | 1773.39 | Federal W/H | 37.60 | 112.80 |
| | | | | | Social Security | 24.83 | 74.49 |
| | | | | | Medicare | 8.57 | 25.71 |
| | | | | | State W/H | 8.31 | 24.93 |
| | | | | | Local W/H | 11.82 | 35.46 |
| Totals | | | 591.13 | 1773.39 | Totals | 91.13 | 273.39 |
| | | | | | Net | 500.00 | 1500.00 |

Social Security XXX-XX-9183

## DIRECT IMPORT HOME DECOR, INC.

4979 WEST 130TH STREET
CLEVELAND, OH 44135

Employee Name: FELIXP SARDISCO
Id No. 167
For Period 03/19/12 to 04/01/12
Date 04/01/12
Check No. 6474

| Type | Rate | Hours | Current | Year to Date | Deductions | Current | Year to Date |
|---|---|---|---|---|---|---|---|
| Regular Pay | | | 591.13 | 2364.52 | Federal W/H | 37.60 | 150.40 |
| | | | | | Social Security | 24.83 | 99.32 |
| | | | | | Medicare | 8.57 | 34.28 |
| | | | | | State W/H | 8.31 | 33.24 |
| | | | | | Local W/H | 11.82 | 47.28 |
| Totals | | | 591.13 | 2364.52 | Totals | 91.13 | 364.52 |
| | | | | | Net | 500.00 | 2000.00 |

Social Security XXX-XX-9183

SAFEGUARD LITHO USA SFSL1 CK7S08111L

---

## DIRECT IMPORT HOME DECOR, INC.

4979 WEST 130TH STREET
CLEVELAND, OH 44135

Employee Name: FELIXP SARDISCO
Id No. 167
For Period 04/02/12 to 04/15/12
Date 04/15/12
Check No. 6495

| Type | Rate | Hours | Current | Year to Date | Deductions | Current | Year to Date |
|---|---|---|---|---|---|---|---|
| Regular Pay | | | 500.00 | 2864.52 | Federal W/H | 27.09 | 177.49 |
| | | | | | Social Security | 21.00 | 120.32 |
| | | | | | Medicare | 7.25 | 41.53 |
| | | | | | State W/H | 5.99 | 39.23 |
| | | | | | Local W/H | 10.00 | 57.28 |
| Totals | | | 500.00 | 2864.52 | Totals | 71.33 | 435.85 |
| | | | | | Net | 428.67 | 2428.67 |

Social Security XXX-XX-9183

SAFEGUARD LITHO USA SFSL1 CK7S08111L

---

## DIRECT IMPORT HOME DECOR, INC.

4979 WEST 130TH STREET
CLEVELAND, OH 44135

Employee Name: FELIXP SARDISCO
Id No. 167
For Period 04/16/12 to 04/29/12
Date 04/29/12
Check No. 6518

| Type | Rate | Hours | Current | Year to Date | Deductions | Current | Year to Date |
|---|---|---|---|---|---|---|---|
| Regular Pay | | | 591.13 | 3455.65 | Federal W/H | 37.60 | 215.09 |
| | | | | | Social Security | 24.83 | 145.15 |
| | | | | | Medicare | 8.57 | 50.10 |
| | | | | | State W/H | 8.31 | 47.54 |
| | | | | | Local W/H | 11.82 | 69.10 |

**DIRECT IMPORT HOME DECOR, INC.**  
4979 WEST 130TH STREET  
CLEVELAND, OH 44135

Employee Name: FELIXP SARDISCO  
Id No. 167  
For Period 04/30/12 to 05/13/12  
Date 05/13/12  
Check No. 6540

| Type | Rate | Hours | Current | Year to Date | Deductions | Current | Year to Date |
|---|---|---|---|---|---|---|---|
| Regular Pay | | | 591.13 | 4046.78 | Federal W/H | 37.60 | 252.69 |
| | | | | | Social Security | 24.83 | 169.98 |
| | | | | | Medicare | 8.57 | 58.67 |
| | | | | | State W/H | 8.31 | 55.85 |
| | | | | | Local W/H | 11.82 | 80.92 |
| Totals | | | 591.13 | 4046.78 | Totals | 91.13 | 618.11 |
| | | | | | Net | 500.00 | 3428.67 |

Social Security XXX-XX-9183

---

**DIRECT IMPORT HOME DECOR, INC.**  
4979 WEST 130TH STREET  
CLEVELAND, OH 44135

Employee Name: FELIXP SARDISCO  
Id No. 167  
For Period 05/14/12 to 05/27/12  
Date 05/27/12  
Check No. 6562

| Type | Rate | Hours | Current | Year to Date | Deductions | Current | Year to Date |
|---|---|---|---|---|---|---|---|
| Regular Pay | | | 591.13 | 4637.91 | Federal W/H | 37.60 | 290.29 |
| | | | | | Social Security | 24.83 | 194.81 |
| | | | | | Medicare | 8.57 | 67.24 |
| | | | | | State W/H | 8.31 | 64.16 |
| | | | | | Local W/H | 11.82 | 92.74 |
| Totals | | | 591.13 | 4637.91 | Totals | 91.13 | 709.24 |
| | | | | | Net | 500.00 | 3928.67 |

Social Security XXX-XX-9183

---

**DIRECT IMPORT HOME DECOR, INC.**  
4979 WEST 130TH STREET  
CLEVELAND, OH 44135

Employee Name: FELIXP SARDISCO  
Id No. 167  
For Period 05/28/12 to 06/10/12  
Date 06/10/12  
Check No. 6582

| Type | Rate | Hours | Current | Year to Date | Deductions | Current | Year to Date |
|---|---|---|---|---|---|---|---|
| Regular Pay | | | 591.13 | 5229.04 | Federal W/H | 37.60 | 327.89 |
| | | | | | Social Security | 24.83 | 219.64 |
| | | | | | Medicare | 8.57 | 75.81 |
| | | | | | State W/H | 8.31 | 72.47 |
| | | | | | Local W/H | 11.82 | 104.56 |

# DIRECT IMPORT HOME DECOR, INC.

4979 WEST 130TH STREET
CLEVELAND, OH 44135

Employee Name: FELIXP SARDISCO
Id No. 167
For Period 06/11/12 to 06/24/12
Date 06/24/12
Check No. 6600

| Type | Rate | Hours | Current | Year to Date | Deductions | Current | Year to Date |
|---|---|---|---|---|---|---|---|
| Regular Pay | | | 591.13 | 5820.17 | Federal W/H | 37.60 | 365.49 |
| | | | | | Social Security | 24.83 | 244.47 |
| | | | | | Medicare | 8.57 | 84.38 |
| | | | | | State W/H | 8.31 | 80.78 |
| | | | | | Local W/H | 11.82 | 116.38 |
| Totals | | | 591.13 | 5820.17 | Totals | 91.13 | 891.50 |
| | | | | | Net | 500.00 | 4928.67 |

Social Security XXX-XX-9183

SAFEGUARD. LITHO USA  SFSL1  CK7S08111L

---

# DIRECT IMPORT HOME DECOR, INC.

4979 WEST 130TH STREET
CLEVELAND, OH 44135

Employee Name: FELIXP SARDISCO
Id No. 167
For Period 08/06/12 to 08/19/12
Date 08/19/12
Check No. 6680

| Type | Rate | Hours | Current | Year to Date | Deductions | Current | Year to Date |
|---|---|---|---|---|---|---|---|
| Regular Pay | | | 591.13 | 7466.49 | Federal W/H | 37.60 | 464.18 |
| | | | | | Social Security | 24.83 | 313.62 |
| | | | | | Medicare | 8.57 | 108.25 |
| | | | | | State W/H | 8.31 | 102.47 |
| | | | | | Local W/H | 11.82 | 149.30 |
| Totals | | | 591.13 | 7466.49 | Totals | 91.13 | 1137.82 |
| | | | | | Net | 500.00 | 6328.67 |

Social Security XXX-XX-9183

SAFEGUARD. LITHO USA  SFSL1  CK7S08111L

---

# DIRECT IMPORT HOME DECOR, INC.

4979 WEST 130TH STREET
CLEVELAND, OH 44135

Employee Name: FELIXP SARDISCO
Id No. 167
For Period 08/20/12 to 09/02/12
Date 09/02/12
Check No. 6702

| Type | Rate | Hours | Current | Year to Date | Deductions | Current | Year to Date |
|---|---|---|---|---|---|---|---|
| Regular Pay | | | 591.13 | 8057.62 | Federal W/H | 37.60 | 501.78 |
| | | | | | Social Security | 24.83 | 338.45 |
| | | | | | Medicare | 8.57 | 116.82 |
| | | | | | State W/H | 8.31 | 110.78 |
| | | | | | Local W/H | 11.82 | 161.12 |

**DIRECT IMPORT HOME DECOR, INC.**  
4979 WEST 130TH STREET  
CLEVELAND, OH 44135

Employee Name: FELIXP SARDISCO  
Id No. 167  
For Period 09/03/12 to 09/16/12  
Date 09/16/12  
Check No. 6723

| Type | Rate | Hours | Current | Year to Date | Deductions | Current | Year to Date |
|---|---|---|---|---|---|---|---|
| Regular Pay | | | 591.13 | 8648.75 | Federal W/H | 37.60 | 539.38 |
| | | | | | Social Security | 24.83 | 363.28 |
| | | | | | Medicare | 8.57 | 125.39 |
| | | | | | State W/H | 8.31 | 119.09 |
| | | | | | Local W/H | 11.82 | 172.94 |
| Totals | | | 591.13 | 8648.75 | Totals | 91.13 | 1320.08 |
| | | | | | Net | 500.00 | 7328.67 |

Social Security XXX-XX-9183

---

**DIRECT IMPORT HOME DECOR, INC.**  
4979 WEST 130TH STREET  
CLEVELAND, OH 44135

Employee Name: FELIXP SARDISCO  
Id No. 167  
For Period 09/17/12 to 09/30/12  
Date 09/30/12  
Check No. 6743

| Type | Rate | Hours | Current | Year to Date | Deductions | Current | Year to Date |
|---|---|---|---|---|---|---|---|
| Regular Pay | | | 834.09 | 9482.84 | Federal W/H | 74.04 | 613.42 |
| | | | | | Social Security | 35.03 | 398.31 |
| | | | | | Medicare | 12.09 | 137.48 |
| | | | | | State W/H | 16.25 | 135.34 |
| | | | | | Local W/H | 16.68 | 189.62 |
| Totals | | | 834.09 | 9482.84 | Totals | 154.09 | 1474.17 |
| | | | | | Net | 680.00 | 8008.67 |

Social Security XXX-XX-9183

---

**DIRECT IMPORT HOME DECOR, INC.**  
4979 WEST 130TH STREET  
CLEVELAND, OH 44135

Employee Name: FELIXP SARDISCO  
Id No. 167  
For Period 10/29/12 to 11/11/12  
Date 11/11/12  
Check No. 6805

| Type | Rate | Hours | Current | Year to Date | Deductions | Current | Year to Date |
|---|---|---|---|---|---|---|---|
| Regular Pay | | | 685.43 | 11814.69 | Federal W/H | 51.74 | 809.98 |
| | | | | | Social Security | 28.79 | 496.24 |
| | | | | | Medicare | 9.94 | 171.30 |
| | | | | | State W/H | 11.25 | 178.25 |
| | | | | | Local W/H | 13.71 | 236.25 |