## Copy B — Federal

| a Employee's social security number | | 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 | |
|---|---|---|---|
| 1 Wages, tips, other compensation | 13162.12 | 2 Federal income tax withheld | 911.90 |
| 3 Social security wages | 13162.12 | 4 Social security tax withheld | 552.83 |
| 5 Medicare wages and tips | 13162.12 | 6 Medicare tax withheld | 190.84 |
| 7 Social security tips | | 8 Allocated tips | |

c Employer's name, address, and ZIP code
DIRECT IMPORT HOME DECOR, INC.
4979 W. 130TH STREET
CLEVELAND OH 44135

d Control number: 167
b Employer identification number (EIN): 32-0102219

e Employee's first name and initial: FELIXP
Last name: SARDISCO
13121 KIRTON AVE.
CLEVELAND OH 44135

f Employee's address and ZIP code

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax |
|---|---|---|---|
| OH | 52-638698 | 13162.12 | 200.69 |
| 18 Local wages, tips, etc. | 13162.12 | 19 Local income tax 263.19 | 20 Locality name CLEVELAN |

Form **W-2** Wage and Tax Statement  2012
Copy B—To Be Filed With Employee's FEDERAL Tax Return.

## Copy 2 — State

| a Employee's social security number | | 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 | |
|---|---|---|---|
| 1 Wages, tips, other compensation | 13162.12 | 2 Federal income tax withheld | 911.90 |
| 3 Social security wages | 13162.12 | 4 Social security tax withheld | 552.83 |
| 5 Medicare wages and tips | 13162.12 | 6 Medicare tax withheld | 190.84 |
| 7 Social security tips | | 8 Allocated tips | |

c DIRECT IMPORT HOME DECOR, INC.
4979 W. 130TH STREET
CLEVELAND OH 44135

d Control number: 167
b EIN: 32-0102219

e FELIXP SARDISCO
13121 KIRTON AVE.
CLEVELAND OH 44135

| 15 OH | 52-638698 | 16 13162.12 | 17 200.69 |
|---|---|---|---|
| 18 13162.12 | | 19 263.19 | 20 CLEVELAN |

Form **W-2** Wage and Tax Statement  2012
Copy 2—To Be Filed With Employee's State, City, or Local Income Tax Return.

## Copy C — Employee Records

| a | | 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 | |
|---|---|---|---|
| 1 | 13162.12 | 2 | 911.90 |
| 3 | 13162.12 | 4 | 552.83 |
| 5 | 13162.12 | 6 | 190.84 |
| 7 | | 8 | |

c DIRECT IMPORT HOME DECOR, INC.
4979 W. 130TH STREET
CLEVELAND OH 44135

d 167   b 32-0102219

FELIXP SARDISCO
13121 KIRTON AVE.
CLEVELAND OH 44135

| 15 OH | 52-638698 | 16 13162.12 | 17 200.69 |
|---|---|---|---|
| 18 13162.12 | | 19 263.19 | 20 CLEVELAN |

Form **W-2** Wage and Tax Statement  2012
Copy C—For EMPLOYEE'S RECORDS.

## Copy 2 — State (second)

| a | | 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 | |
|---|---|---|---|
| 1 | 13162.12 | 2 | 911.9 |
| 3 | 13162.12 | 4 | 552.8 |
| 5 | 13162.12 | 6 | 190.8 |
| 7 | | 8 | |

c DIRECT IMPORT HOME DECOR, INC.
4979 W. 130TH STREET
CLEVELAND OH 44135

d 167   b 32-0102219

FELIXP SARDISCO
13121 KIRTON AVE.
CLEVELAND OH 44135

| 15 OH | 52-638698 | 16 13162.12 | 17 200.6 |
|---|---|---|---|
| 18 13162.12 | | 19 263.19 | 20 CLEVELAN |

Form **W-2** Wage and Tax Statement  2012
Copy 2—To Be Filed With Employee's State, City, or Local Income Tax Return.