## DIRECT IMPORT HOME DECOR, INC.

4979 WEST 130TH STREET
CLEVELAND, OH 44135

Employee Name: FELIXP SARDISCO
Id No. 167
For Period 02/04/13 to 02/17/13
Date 02/17/13
Check No. 6960

| Type | Rate | Hours | Current | Year to Date | Deductions | Current | Year to Date |
|---|---|---|---|---|---|---|---|
| Regular Pay | | | 1030.00 | 2904.38 | Federal W/H | 102.10 | 278.46 |
| | | | | | Social Security | 63.86 | 180.07 |
| | | | | | Medicare | 14.94 | 42.12 |
| | | | | | State W/H | 23.75 | 64.14 |
| | | | | | Local W/H | 20.60 | 58.09 |
| Totals | | | 1030.00 | 2904.38 | Totals | 225.25 | 622.88 |
| | | | | | Net | 804.75 | 2281.50 |

Social Security XXX-XX-9183

---

## DIRECT IMPORT HOME DECOR, INC.

4979 WEST 130TH STREET
CLEVELAND, OH 44135

Employee Name: FELIXP SARDISCO
Id No. 167
For Period 02/18/13 to 03/03/13
Date 03/03/13
Check No. 6983

| Type | Rate | Hours | Current | Year to Date | Deductions | Current | Year to Date |
|---|---|---|---|---|---|---|---|
| Regular Pay | | | 1170.00 | 4074.38 | Federal W/H | 123.10 | 401.56 |
| | | | | | Social Security | 72.54 | 252.61 |
| | | | | | Medicare | 16.97 | 59.09 |
| | | | | | State W/H | 29.11 | 93.25 |
| | | | | | Local W/H | 23.40 | 81.49 |
| Totals | | | 1170.00 | 4074.38 | Totals | 265.12 | 888.00 |
| | | | | | Net | 904.88 | 3186.38 |

Social Security XXX-XX-9183

---

## DIRECT IMPORT HOME DECOR, INC.

4979 WEST 130TH STREET
CLEVELAND, OH 44135

Employee Name: FELIXP SARDISCO
Id No. 167
For Period 03/03/13 to 03/17/13
Date 03/17/13
Check No. 7006

| Type | Rate | Hours | Current | Year to Date | Deductions | Current | Year to Date |
|---|---|---|---|---|---|---|---|
| Regular Pay | | | 995.00 | 5069.38 | Federal W/H | 96.85 | 498.41 |
| | | | | | Social Security | 61.69 | 314.30 |
| | | | | | Medicare | 14.43 | 73.52 |
| | | | | | State W/H | 22.41 | 115.66 |
| | | | | | Local W/H | 19.90 | 101.39 |

# DIRECT IMPORT HOME DECOR, INC.

4979 WEST 130TH STREET
CLEVELAND, OH 44135

Employee Name: FELIXP SARDISCO
Id No. 167
For Period 03/18/13 to 03/31/13
Date 03/31/13
Check No. 7028

| Type | Rate | Hours | Current | Year to Date | Deductions | Current | Year to Date |
|---|---|---|---|---|---|---|---|
| Regular Pay | 10.00 | 77.00 | 770.00 | 770.00 | Federal W/H | 63.10 | 561.51 |
| Regular Pay | | | | 5069.38 | Social Security | 47.74 | 362.04 |
| | | | | | Medicare | 11.17 | 84.69 |
| | | | | | State W/H | 13.95 | 129.61 |
| | | | | | Local W/H | 15.40 | 116.79 |
| Totals | | 77.00 | 770.00 | 5839.38 | Totals | 151.36 | 1254.64 |
| | | | | | Net | 618.64 | 4584.74 |

Social Security XXX-XX-9183

# DIRECT IMPORT HOME DECOR, INC.

4979 WEST 130TH STREET
CLEVELAND, OH 44135

Employee Name: FELIXP SARDISCO
Id No. 167
For Period 01/07/13 to 01/20/13
Date 01/20/13
Check No. 6922

| Type | Rate | Hours | Current | Year to Date | Deductions | Current | Year to Date |
|---|---|---|---|---|---|---|---|
| Regular Pay | | | 844.38 | 844.38 | Federal W/H | 74.26 | 74.26 |
| | | | | | Social Security | 52.35 | 52.35 |
| | | | | | Medicare | 12.24 | 12.24 |
| | | | | | State W/H | 16.64 | 16.64 |
| | | | | | Local W/H | 16.89 | 16.89 |
| Totals | | | 844.38 | 844.38 | Totals | 172.38 | 172.38 |
| | | | | | Net | 672.00 | 672.00 |

Social Security XXX-XX-9183

# DIRECT IMPORT HOME DECOR, INC.

4979 WEST 130TH STREET
CLEVELAND, OH 44135

Employee Name: FELIXP SARDISCO
Id No. 167
For Period 04/01/13 to 04/14/13
Date 04/14/13
Check No. 7049

| Type | Rate | Hours | Current | Year to Date | Deductions | Current | Year to Date |
|---|---|---|---|---|---|---|---|
| Regular Pay | 10.00 | 80.00 | 800.00 | 1570.00 | Federal W/H | 69.85 | 631.36 |
| Overtime | 15.00 | 1.00 | 15.00 | 15.00 | Social Security | 50.53 | 412.57 |
| Regular Pay | | | | 5069.38 | Medicare | 11.82 | 96.51 |
| | | | | | State W/H | 15.52 | 145.13 |
| | | | | | Local W/H | 16.30 | 133.09 |

# DIRECT IMPORT HOME DECOR, INC.

4979 WEST 130TH STREET
CLEVELAND, OH 44135

Employee Name: FELIXP SARDISCO
Id No. 167
For Period 04/15/13 to 04/28/13
Date 05/01/13
Check No. 7078

| Type | Rate | Hours | Current | Year to Date | Deductions | Current | Year to Date |
|---|---|---|---|---|---|---|---|
| Regular Pay | 9.00 | 80.00 | 720.00 | 2290.00 | Federal W/H | 145.71 | 777.07 |
| Overtime | 13.50 | 44.50 | 600.75 | 615.75 | Social Security | 81.89 | 494.46 |
| Regular Pay | | | | 5069.38 | Medicare | 19.15 | 115.66 |
| | | | | | State W/H | 34.88 | 180.01 |
| | | | | | Local W/H | 26.42 | 159.51 |
| Totals | | 124.50 | 1320.75 | 7975.13 | Totals | 308.05 | 1726.71 |
| | | | | | Net | 1012.70 | 6248.42 |

Social Security XXX-XX-9183

---

# DIRECT IMPORT HOME DECOR, INC.

4979 WEST 130TH STREET
CLEVELAND, OH 44135

Employee Name: FELIXP SARDISCO
Id No. 167
For Period 04/29/13 to 05/12/13
Date 05/12/13
Check No. 7094

| Type | Rate | Hours | Current | Year to Date | Deductions | Current | Year to Date |
|---|---|---|---|---|---|---|---|
| Regular Pay | 10.00 | 80.00 | 800.00 | 3090.00 | Federal W/H | 122.73 | 899.80 |
| Overtime | 15.00 | 24.50 | 367.50 | 983.25 | Social Security | 72.39 | 566.85 |
| Regular Pay | | | | 5069.38 | Medicare | 16.93 | 132.59 |
| | | | | | State W/H | 29.01 | 209.02 |
| | | | | | Local W/H | 23.35 | 182.86 |
| Totals | | 104.50 | 1167.50 | 9142.63 | Totals | 264.41 | 1991.12 |
| | | | | | Net | 903.09 | 7151.51 |

Social Security XXX-XX-9183

SAFEGUARD. LITHO USA  SFSL1 CK7S08111L

---

# DIRECT IMPORT HOME DECOR, INC.

4979 WEST 130TH STREET
CLEVELAND, OH 44135

Employee Name: FELIXP SARDISCO
Id No. 167
For Period 06/10/13 to 06/23/13
Date 06/23/13
Check No. 7172

| Type | Rate | Hours | Current | Year to Date | Deductions | Current | Year to Date |
|---|---|---|---|---|---|---|---|
| Regular Pay | 10.00 | 80.00 | 800.00 | 5490.00 | Federal W/H | 130.60 | 1299.48 |
| Overtime | 15.00 | 28.00 | 420.00 | 2295.75 | Social Security | 75.64 | 797.03 |
| Regular Pay | | | | 5069.38 | Medicare | 17.69 | 186.42 |
| | | | | | State W/H | 31.02 | 304.09 |
| | | | | | Local W/H | 24.40 | 257.11 |

## DIRECT IMPORT HOME DECOR, INC.

4979 WEST 130TH STREET
CLEVELAND, OH 44135

Employee Name: FELIXP SARDISCO
Id No. 167
For Period 06/24/13 to 07/07/13
Date 07/07/13
Check No. 7188

| Type | Rate | Hours | Current | Year to Date | Deductions | Current | Year to Date |
|---|---|---|---|---|---|---|---|
| Regular Pay | 10.00 | 80.00 | 800.00 | 6290.00 | Federal W/H | 101.35 | 1400.83 |
| Overtime | 15.00 | 15.00 | 225.00 | 2520.75 | Social Security | 63.55 | 860.58 |
| Regular Pay | | | | 5069.38 | Medicare | 14.86 | 201.28 |
| | | | | | State W/H | 23.56 | 327.65 |
| | | | | | Local W/H | 20.50 | 277.61 |
| Totals | | 95.00 | 1025.00 | 13880.13 | Totals | 223.82 | 3067.95 |
| | | | | | Net | 801.18 | 10812.18 |

Social Security XXX-XX-9183

---

## DIRECT IMPORT HOME DECOR, INC.

4979 WEST 130TH STREET
CLEVELAND, OH 44135

Employee Name: FELIXP SARDISCO
Id No. 167
For Period 07/08/13 to 07/21/13
Date 07/21/13
Check No. 7210

| Type | Rate | Hours | Current | Year to Date | Deductions | Current | Year to Date |
|---|---|---|---|---|---|---|---|
| Regular Pay | 10.00 | 78.00 | 780.00 | 7070.00 | Federal W/H | 64.60 | 1465.43 |
| Overtime | | | | 2520.75 | Social Security | 48.36 | 908.94 |
| Regular Pay | | | | 5069.38 | Medicare | 11.31 | 212.59 |
| | | | | | State W/H | 14.27 | 341.92 |
| | | | | | Local W/H | 15.60 | 293.21 |
| Totals | | 78.00 | 780.00 | 14660.13 | Totals | 154.14 | 3222.09 |
| | | | | | Net | 625.86 | 11438.04 |

Social Security XXX-XX-9183

---

## DIRECT IMPORT HOME DECOR, INC.

4979 WEST 130TH STREET
CLEVELAND, OH 44135

Employee Name: FELIXP SARDISCO
Id No. 167
For Period 08/19/13 to 09/01/13
Date 09/01/13
Check No. 7276

| Type | Rate | Hours | Current | Year to Date | Deductions | Current | Year to Date |
|---|---|---|---|---|---|---|---|
| Regular Pay | 10.00 | 64.00 | 640.00 | 9310.00 | Federal W/H | 46.98 | 1719.61 |
| Overtime | 15.00 | 1.50 | 22.50 | 3023.25 | Social Security | 41.08 | 1078.98 |
| Regular Pay | | | | 5069.38 | Medicare | 9.61 | 252.36 |
| | | | | | State W/H | 10.52 | 400.70 |
| | | | | | Local W/H | 13.25 | 348.06 |

DIRECT IMPORT HOME DECOR

Felixp Sardisco     5/4/2013     5261
4-15-2013 to 4-28-2013 payroll     1,012.70

CK Daily 0433-CO     1,012.70

---

## DIRECT IMPORT HOME DECOR, INC.
4979 WEST 130TH STREET
CLEVELAND, OH. 44135

Employee Name: FELIXP SARDISCO
Id No. 167
For Period 07/22/13 to 08/04/13
Date 08/04/13
Check No. 7234

| Type | Rate | Hours | Current | Year to Date | Deductions | Current | Year to Date |
|---|---|---|---|---|---|---|---|
| Regular Pay | 10.00 | 80.00 | 800.00 | 7870.00 | Federal W/H | 94.60 | 1560.03 |
| Overtime | 15.00 | 12.00 | 180.00 | 2700.75 | Social Security | 60.76 | 969.70 |
| Regular Pay | | | | 5069.38 | Medicare | 14.21 | 226.80 |
| | | | | | State W/H | 21.83 | 363.75 |
| | | | | | Local W/H | 19.60 | 312.81 |
| Totals | | 92.00 | 980.00 | 15640.13 | Totals | 211.00 | 3433.09 |
| | | | | | Net | 769.00 | 12207.04 |

Social Security XXX-XX-9183

---

## DIRECT IMPORT HOME DECOR, INC.
4979 WEST 130TH STREET
CLEVELAND, OH. 44135

Employee Name: FELIXP SARDISCO
Id No. 167
For Period 07/22/13 to 08/04/13
Date 08/04/13
Check No. 7234

| Type | Rate | Hours | Current | Year to Date | Deductions | Current | Year to Date |
|---|---|---|---|---|---|---|---|
| Regular Pay | 10.00 | 80.00 | 800.00 | 7870.00 | Federal W/H | 94.60 | 1560.03 |
| Overtime | 15.00 | 12.00 | 180.00 | 2700.75 | Social Security | 60.76 | 969.70 |
| Regular Pay | | | | 5069.38 | Medicare | 14.21 | 226.80 |
| | | | | | State W/H | 21.83 | 363.75 |
| | | | | | Local W/H | 19.60 | 312.81 |
| Totals | | 92.00 | 980.00 | 15640.13 | Totals | 211.00 | 3433.09 |
| | | | | | Net | 769.00 | 12207.04 |

Social Security XXX-XX-9183

## DIRECT IMPORT HOME DECOR, INC.

4979 WEST 130TH STREET
CLEVELAND, OH 44135

Employee Name: FELIXP SARDISCO
Id No. 167
For Period 09/03/13 to 09/15/13
Date 09/15/13
Check No. 7297

| Type | Rate | Hours | Current | Year to Date | Deductions | Current | Year to Date |
|---|---|---|---|---|---|---|---|
| Regular Pay | 10.00 | 80.00 | 800.00 | 10110.00 | Federal W/H | 77.73 | 1797.34 |
| Overtime | 15.00 | 4.50 | 67.50 | 3090.75 | Social Security | 53.79 | 1132.77 |
| Regular Pay | | | | 5069.38 | Medicare | 12.58 | 264.94 |
| | | | | | State W/H | 17.53 | 418.23 |
| | | | | | Local W/H | 17.35 | 365.41 |
| Totals | | 84.50 | 867.50 | 18270.13 | Totals | 178.98 | 3978.69 |
| | | | | | Net | 688.52 | 14291.44 |

Social Security XXX-XX-9183

## DIRECT IMPORT HOME DECOR, INC.

4979 WEST 130TH STREET
CLEVELAND, OH 44135

Employee Name: FELIXP SARDISCO
Id No. 167
For Period 09/16/13 to 09/29/13
Date 09/29/13
Check No. 7318

| Type | Rate | Hours | Current | Year to Date | Deductions | Current | Year to Date |
|---|---|---|---|---|---|---|---|
| Regular Pay | 10.00 | 60.50 | 605.00 | 10715.00 | Federal W/H | 38.35 | 1835.69 |
| Overtime | | | | 3090.75 | Social Security | 37.51 | 1170.28 |
| Regular Pay | | | | 5069.38 | Medicare | 8.77 | 273.71 |
| | | | | | State W/H | 8.69 | 426.92 |
| | | | | | Local W/H | 12.10 | 377.51 |
| Totals | | 60.50 | 605.00 | 18875.13 | Totals | 105.42 | 4084.11 |
| | | | | | Net | 499.58 | 14791.02 |

Social Security XXX-XX-9183

### DIRECT IMPORT HOME DECOR

| | | | |
|---|---|---|---|
| Felixp Sardisco | | 5/1/2013 | 5262 |
| | | | 20.95 |
| | | | 7.50 |
| | | | 8.95 |
| | | | 14.95 |

CK Daily 0433-CO 52.35

# DIRECT IMPORT HOME DECOR, INC.

4979 WEST 130TH STREET
CLEVELAND, OH 44135

Employee Name: FELIXP SARDISCO
For Period: 09/30/13 to 10/13/13
Id No. 167
Date: 10/13/13
Check No. 7339

| Type | Rate | Hours | Current | Year to Date | Deductions | Current | Year to Date |
|---|---|---|---|---|---|---|---|
| Regular Pay | 10.00 | 80.00 | 800.00 | 11515.00 | Federal W/H | 132.85 | 1968.54 |
| Overtime | 15.00 | 29.00 | 435.00 | 3525.75 | Social Security | 76.57 | 1246.85 |
| Regular Pay | | | | 5069.38 | Medicare | 17.91 | 291.62 |
| | | | | | State W/H | 31.60 | 458.52 |
| | | | | | Local W/H | 24.70 | 402.21 |
| Totals | | 109.00 | 1235.00 | 20110.13 | Totals | 283.63 | 4367.74 |
| | | | | | Net | 951.37 | 15742.39 |

Social Security XXX-XX-9183

SAFEGUARD. LITHO USA  SFSL1  CK7S08111L