

**DIRECT IMPORT HOME DECOR, Inc.**

July 3rd, 2013

Dear Sardisco Felixp,

I heard that Mr. Huang, Cheng Long has been physically abusing you and not treating you with respect, but I have never heard it from you. Can you please confirm with me if that is true.

If Mr. Huang, Cheng Long treats you badly or is physically abusing you (which includes yelling, punching, grabbing etc.) please inform the company immediately with the "Written notice". The management team has already informed Mr. Huang, Cheng Long and gave him a warning.

Eddie Ni

Date: _____
_____

Sardisco Felixp

Received the Notice

4979 West 130th Cleveland, OH 44135 | 216-898-9758 | fax: 216-898-9759
10211 Northfield Road, Northfield, Ohio 44067 | 330-655-2298 | fax: 330-655-1355