IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| FELIX SARDISCO, et al. ) | CASE NO: 1:13-CV-02701 |
| ) | |
| on behalf of himself and ) | JUDGE: HON. PATRICIA A. GAUGHAN |
| all others similarly situated ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| DIRECT IMPORT HOME DÉCOR, INC./ ) | |
| CABINETS & GRANITE DIRECT, et al. ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

This Court has reviewed the Joint Motion to Approve the Settlement Agreements, as well as the terms of the proposed settlement agreements, provided separately to the Court for review.

For good cause shown, the Joint Motion to Approve the Settlement Agreements is hereby GRANTED. The Settlement Agreements are fully executed and binding on all parties as of the date of this Order. The Court retains the jurisdiction over the settlement.

IT IS SO ORDERED.

Dated: 12/3/14 _____     /s/ Patricia A. Gaughan _____

**Hon. Patricia A Gaughan**
**United States District Judge**